■ KATHLEEN STAR LAWLOR, Respondent, v 543 SECOND AVENUE LLC et al., Appellants. [854 NYS2d 125]—

Defendants presented no evidence that they sought a certificate of eviction from the Division of Housing and Community Renewal before unilaterally deciding to demolish the building that housed plaintiff's rent-regulated apartment (*see* Administrative Code of City of NY § 26-408 [b]; *Sohn v Calderon*, 78 NY2d 755, 764-765 [1991]). Moreover, plaintiff's evidence of defendants' harassment raised factual issues as to the alleged necessity of the demolition.

Since, as a rent-controlled tenant seeking restoration to her apartment pursuant to Administrative Code § 26-408, plaintiff has asserted a possessory right affecting real property, her notice of pendency was properly filed (*see* CPLR 6501; *220 E. 56th St. Corp. v Excelsior Sav. Bank*, 253 App Div 345 [1938]; *Lafayette Forwarding Co., Inc. v Rothbart Garage Operators, Inc.*, 205 App Div 247, 249-250 [1923]). Concur—Tom, J.P., Andrias, Nardelli and Sweeny, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLARENCE JONES, Appellant. [855 NYS2d 409]— No opinion. Order filed. Concur—Tom, J.P., Andrias, Nardelli and Sweeny, JJ.